IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY SHOETTLER,<br><br>              Plaintiff,<br><br>      vs.<br><br>WACHOVIA CORPORATION, et. al.,<br><br>              Defendants. | **Old Case No. 1:08cv00174 OWW GSA**<br>**New Case No. 1:08cv00174 OWW DLB**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

   Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:08cv00174 OWW DLB**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

   IT IS SO ORDERED.

1

1 | **Dated:   February 5, 2008**          /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE