SEYFARTH SHAW LLP
James M. Nelson (SBN 116442) jmnelson@seyfarth.com
William D. Bishop, Jr. (SBN 232251) wbishop@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
WACHOVIA CORPORATION, WACHOVIA
CORPORATION LONG-TERM DISABILITY PLAN, and
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

BREKHUS LAW PARTNERS
Peter B. Brekhus (SBN 35847)
Elizabeth A. Brekhus (SBN 193565)
1000 Drakes Landing Road
Greenbrae, CA 94904
Telephone:  (415) 461-1001
Facsimile:  (415) 461-7356

Attorneys for Plaintiff
HARRY SCHOETTLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY SCHOETTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>WACHOVIA CORPORATION, WACHOVIA CORPORATION LONG-TERM DISABILITY PLAN, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendants. | Case No. 1:08-CV-00174-OWW-DLB<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO EXTEND TIME FOR HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   October 21, 2008<br>Time:   10:30 a.m.<br>Ctrm:   3<br><br>Telephonic Conference |

On October 21, 2008, plaintiff's *ex parte* application to reset the hearing on defendants'

motion for summary judgment came on regularly for hearing, Peter B. Brekhus appeared on

behalf of plaintiff and moving party Harry Schoettler, and William D. Bishop, Jr. appeared on

PDF created with pdfFactory trial version www.pdffactory.com

behalf of defendants Wachovia Corporation, Wachovia Corporation Long-Term Disability Plan and Liberty Life Assurance Company of Boston.

Having considered the papers submitted in support of and in opposition to the motion, the Court rules as follows:

Plaintiff's *ex parte* application is GRANTED.  The court finds that plaintiff's failure to timely file his opposition papers was the result of excusable neglect and did not produce any measurable prejudice to defendants.

**IT IS HEREBY ORDERED**, that:

1. Defendants' Motion for Summary Judgment, currently scheduled to be heard on October 27, 2008, is hereby moved to November 10, 2008 at 10:00, in the above-entitled courtroom,
2. Plaintiff's Opposition, filed on October 20, 2008, is now deemed timely filed, and
3. Defendants' Reply shall be due and filed on or before November 3, 2008.

**IT IS SO ORDERED:**

DATED:  November 5, 2008                    /s/ OLIVER W. WANGER
                                            Hon. Oliver W. Wanger
                                            JUDGE OF THE SUPERIOR COURT

PDF created with pdfFactory trial version www.pdffactory.com